IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Dale Wright, Sr., Debtor

Bankruptcy No.: 24-20725-GLT
Chapter 13

Dale Wright, Sr., Movant

v.

Ronda Winnecour, Chapter 13 Trustee, Respondent

## CERTIFICATE OF NO OBJECTION TO DEBTOR'S MOTION TO HAVE ATTORNEY-IN-FACT APPEAR FOR DEBTOR AT MEETING OF CREDITORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Debtor's *Motion to Have Attorney-in-Fact Appear for Debtor at Meeting of Creditors* in this matter has been received. A true and correct copy of the *Motion*, together with a copy of the *Notice of Hearing With Response Deadline*, was served upon all parties in this case on March 28, 2024. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the *Motion* appears thereon. Pursuant to the Notice of Hearing, objections to the *Motion* were to be filed and served no later than April 15, 2024.

The undersigned respectfully requests that the Court grant the *Motion* and enter the appropriate Order.

Respectfully submitted,

Date: April 16, 2024

*/s/ Michael S. Lazaroff*
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216

724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor/Movant