FILED
4/17/24 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Dale Wright, Sr., Debtor | Bankruptcy No.: 24-20725-GLT<br>Chapter 13 |
| Dale Wright, Sr., Movant | Related dkt. no. 12 |
| v. | |
| Ronda Winnecour, Chapter 13 Trustee, Respondent | |

Default
**ORDER**

AND NOW, this  17th  day of      April     , 2024, in consideration of the Debtor's *Motion to Have Attorney in Fact Appear for Debtor at Meeting of Creditors,* and for the reasons stated therein, it is hereby ORDERED that the Debtor Dale Wright, Sr. is excused from attending the Meeting of Creditors.  The Debtor's son and agent, Dale Wright, Jr., is permitted to appear for the Debtor as Attorney in Fact at the Meeting of Creditors scheduled for May 13, 2024 and at any adjourned and/or continued Meetings and at any other hearings in this case.  The Attorney in Fact shall present Debtor's photo identification and proof of Social Security number, along with his own photo identification, to Debtor's counsel in advance of the Meeting.

Prepared by:   Michael S. Lazaroff, Esq.

**DEFAULT ENTRY**

Dated: April 17, 2024

_____
Gregory L. Taddonio        hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20725-GLT |
| Dale Wright, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dale Wright, Sr., 70 Belgium Hollow Road, Mc Donald, PA 15057-2922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Dale Wright Sr. butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4