**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                    Bankruptcy No.: 24-20725-GLT
                                                            Chapter 13

Dale Wright, Sr., Debtor

    v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 1st day of May, 2024, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esq.
Chapter 13 Trustee
via CM/ECF noticing

Vicki Pringle (authorized agent/support specialist for PNC Bank)
via electronic mail to Bankruptcy.administration.internal@PNC.com

I certify under the penalty of perjury that the foregoing is true and correct.


Executed on: May 1, 2024                    /s/ *Michael S. Lazaroff*_____
                                            Michael S. Lazaroff, Esquire
                                            PA ID No. 204494

                                            Law Office of Michael S. Lazaroff
                                            277 West Main Street, PO Box 216
                                            Saxonburg, PA 16056-0216
                                            724-352-4905

                                            ButlerDebtLaw@zoominternet.net

                                            Counsel for Debtor/Movant