FILED
7/21/25 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dale Wright, Sr.<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PNC Bank, National Association, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br>Dale Wright, Sr.<br>　　　　　　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　　　　　　Trustee | NO. 24-20725-GLT<br><br>Related dkt. No. 67 |

## ORDER OF COURT

And on this ___21st___ day of _____July_____ 2025, it is hereby ORDERED that the Notice of Post petition Mortgage Fees, Expenses, and Charges of PNC Bank, National Association, which was filed with the Court on or about July 19, 2024, is hereby WITHDRAWN.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

Dated: July 21, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY L. TADDONIO
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20725-GLT |
| Dale Wright, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 1
Date Rcvd: Jul 21, 2025  Form ID: pdf900  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dale Wright, Sr., 70 Belgium Hollow Road, Mc Donald, PA 15057-2922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025                     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Dale Wright Sr. butlerdebtlaw@zoominternet.net, alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4