IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Dale Wright, Sr. | : | Case No. 24-20725-GLT |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| PNC Bank, National Association | : | |
| Respondent(s) | : | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-
PETITION MORTGAGE FEES, EXPENSES AND CHARGES</u>

The Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses

and Charges that was filed in the above-referenced case on June 27, 2025

(document #64), is hereby WITHDRAWN. The hearing scheduled for August 27,

2025, is hereby CANCELED.

Respectfully submitted,

<u>7/28/2025</u>                              <u>/s/ Ronda J. Winnecour</u>
date                                    Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :
Dale Wright, Sr.                                          :        Case No. 24-20725-GLT
          Debtor(s)                                       :        Chapter 13
                                                          :
Ronda J. Winnecour, Chapter 13                            :
Trustee                                                   :
                    Movant                                :
                                                          :
                    vs.                                   :
                                                          :
PNC Bank, National Association                            :
                    Respondent(s)                         :

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct

copy of the foregoing pleading upon the following, by regular United States mail,

postage prepaid:

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Dale Wright, Sr.
70 Belgium Hollow Road
McDonald, PA  15057

Michael S. Lazaroff, Esquire
Lazaroff & Suhr
P.O. Box 216
Saxonburg, PA  16056

PNC Bank, National Association
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH  45342

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

William S. Demchak, CEO
PNC Bank, National Association
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA  15222

7/28/2025
Date

/s/Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com