**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                            Bankruptcy No.: 24-20725-GLT
                                                    Chapter 13

Dale Wright, Sr., Debtor

       v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

<u>**CERTIFICATE OF SERVICE**</u>

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 4th day of August, 2025, I served a copy of the *Debtor's Objection to Notice of Mortgage Payment Change* and *Notice of Hearing With Response Deadline* filed in this proceeding on:

Office of the U.S. Trustee, via CM/ECF noticing

Ronda Winnecour, Esq., Chapter 13 Trustee, via CM/ECF noticing

Denise Carlon, Esq. (attorney for PNC Bank)
KML Law Group
701 Market St, Suite 5000
Philadelphia PA 19106
 and via electronic mail to bkgroup@kmllawgroup.com

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: August 4, 2025                     /s/ *Michael S. Lazaroff*
                                                Michael S. Lazaroff, Esquire
                                                PA ID  No. 204494

                                                Law Office of Michael S. Lazaroff
                                                277 West Main Street, PO Box 216
                                                Saxonburg, PA 16056-0216
                                                724-352-4905

                                                ButlerDebtLaw@zoominternet.net

                                                Counsel for Debtor/Movant