

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH  45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

FILED
8/21/2025  9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

08/21/2025

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Debtor Dale Wright, Sr.

Case Number 24-20725

Dear Bankruptcy Court:

Dale Wright, Sr. is the mortgagor on PNC Mortgage loan xxxxxx 6251

Please withdraw the Notice of Mortgage Payment Change that was filed on 07/30/2025 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Christine Kinderdine

Bankruptcy Specialist