IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Dale Wright, Sr., Debtor | Bankruptcy No. 24-20725-GLT |
| Dale Wright, Sr., Movant | Chapter 13 |
| vs. | |
| PNC Bank N.A.,<br>Office of the U.S. Trustee, and Ronda Winnecour Chapter 13 Trustee,<br>Respondents | |

### CERTIFICATE OF SERVICE OF DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael S. Lazaroff, Esquire, certify that: 1) I am at least 18 years of age, and 2) I served a copy of the *Debtor's Objection to Notice of Mortgage Payment Change* filed in the above matter upon the parties listed below on the date and in the manner indicated:

By CM/ECF e-mail system:

Ronda J. Winnecour, Chapter 13 Trustee
Office of the U.S. Trustee

By electronic mail to:

Vicki Pringle (authorized agent/support specialist for PNC Bank)
Bankruptcy.administration.internal@PNC.com

Denise Carlon (attorney for PNC Bank, N.A.)
dcarlon@kmllawgroup.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  October 30, 2025

s/ *Michael S. Lazaroff*_____
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street
PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor