FILED
11/26/25 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 24-20725-GLT |
| | : | Chapter: 13 |
| Dale Wright, Sr. | : | |
| | : | |
| | : | Date: 11/26/2025 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** # 92 Objection to the Notice of Mortgage Payment Change
Re: Claim Number 13.
   [Response due 11/17/25]

***APPEARANCES*** :
   Debtor: No appearance
   Trustee: Kate DeSimone

[10:55]
**NOTES:**


**OUTCOME:**

   1. For the reasons stated on the record at the November 26, 2025 hearing, the *Objection to the Notice of Mortgage Payment Change Re: Claim Number 13* [Dkt. No. 92] is **DENIED without prejudice for failure to prosecute**. The objection is also deemed moot as an amended notice of mortgage payment change was filed on November 14, 2025. [Text Order]

**DATED:** 11/26/2025