**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                  Bankruptcy No.: 24-20725-GLT
                                                          Chapter 13

Dale Wright, Sr., Debtor

    v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

### DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE

AND NOW, comes the Debtor/Movant Dale Wright, Sr., by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. On November 14, 2025, Respondent PNC Bank filed a *Notice of Mortgage Payment Change* in the above captioned Chapter 13 case.

2. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt because the debtor will increase his monthly payment for that month to accommodate the change.

Respectfully submitted,

*/s/ Michael S. Lazaroff*_____
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor