# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Dale Wright, Sr., Debtor                         Bankruptcy No.: 24-20725-GLT
                                                 Chapter 13

Dale Wright, Sr., Debtor

    v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

## DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE

AND NOW, comes the Debtor/Movant Dale Wright, Sr., by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. On December 2, 2025, Respondent PNC Bank filed a *Notice of Mortgage Payment Change* in the above captioned Chapter 13 case.

2. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt because the monthly payment is decreasing. There are adequate funds being paid in to accommodate the change.

Respectfully submitted,

*/s/ Michael S. Lazaroff*_____
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor