**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                        Bankruptcy No.: 24-20725-GLT
                                                                Chapter 13

Dale Wright, Sr., Debtor

      v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

      I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

      That I am at least 18 years of age;

      That on the 1st day of April 2025, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esq.
Chapter 13 Trustee
via CM/ECF noticing

Stephani Schul (authorized agent/support specialist for PNC Bank)
via electronic mail to Bankruptcy.administration.internal@PNC.com

I certify under the penalty of perjury that the foregoing is true and correct.


Executed on: December 30, 2025                    /s/ *Michael S. Lazaroff*_____
                                                  Michael S. Lazaroff, Esquire
                                                  PA ID No. 204494

                                                  Law Office of Michael S. Lazaroff
                                                  277 West Main Street, PO Box 216
                                                  Saxonburg, PA 16056-0216
                                                  724-352-4905

                                                  ButlerDebtLaw@zoominternet.net

                                                  Counsel for Debtor/Movant