**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                           Bankruptcy No.: 24-20725-GLT
                                                                   Chapter 13

Dale Wright, Sr., Debtor

      v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents


### DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE


AND NOW, comes the Debtor/Movant Dale Wright, Sr., by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. On March 2, 2026, Respondent PNC Bank filed a *Notice of Mortgage Payment Change* in the above captioned Chapter 13 case.

2. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt because the *Notice* states that the mortgage payment is decreasing due to a decrease in the mortgage interest rate.  The existing plan payment is more than enough to cover the new payment.


Respectfully submitted,

*/s/ Michael S. Lazaroff*_____
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                   Bankruptcy No.: 24-20725-GLT
                                                           Chapter 13

Dale Wright, Sr., Debtor

      v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 2nd day of March 2026, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esq.
Chapter 13 Trustee
via CM/ECF noticing

Stephani Schul (authorized agent/support specialist for PNC Bank)
via electronic mail to Bankruptcy.administration.internal@PNC.com

I certify under the penalty of perjury that the foregoing is true and correct.


Executed on: March 2, 2026                    /s/ *Michael S. Lazaroff*_____
                                              Michael S. Lazaroff, Esquire
                                              PA ID No. 204494

                                              Law Office of Michael S. Lazaroff
                                              277 West Main Street, PO Box 216
                                              Saxonburg, PA 16056-0216
                                              724-352-4905

                                              ButlerDebtLaw@zoominternet.net

                                              Counsel for Debtor/Movant