**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                          Bankruptcy No.: 24-20725-GLT
                                                  Chapter 13

Dale Wright, Sr., Debtor

        v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents


**DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE**


        AND NOW, comes the Debtor/Movant Dale Wright, Sr., by and through his counsel

Michael S. Lazaroff, Esquire, and respectfully represent as follows:

        1.      On April 30, 2026, Respondent PNC Bank filed a *Notice of Mortgage Payment*

*Change* in the above captioned Chapter 13 case.

        2.      Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan

is sufficient to fund the plan with the modified debt because, while the *Notice* states that the

mortgage payment is increasing, there is enough surplus on hand to cover the new payment due to

previous reductions in amounts due.



                                        Respectfully submitted,

                                        */s/ Michael S. Lazaroff_____*
                                        Michael S. Lazaroff, Esquire
                                        PA ID No. 204494

                                        Law Office of Michael S. Lazaroff
                                        277 West Main Street, PO Box 216
                                        Saxonburg, PA 16056-0216
                                        724-352-4905

                                        ButlerDebtLaw@zoominternet.net

                                        Counsel for Debtor