**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor                                  Bankruptcy No.: 24-20725-GLT
                                                          Chapter 13

Dale Wright, Sr., Movant

        v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

        I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

        That I am at least 18 years of age;

        That on the 3rd day of August, 2026, I served a copy of the *Debtor's Objection to Notice of Mortgage Payment Change* and *Notice of Hearing With Response Deadline* filed in this proceeding on:

Office of the U.S. Trustee, via CM/ECF noticing

Ronda Winnecour, Esq., Chapter 13 Trustee, via CM/ECF noticing

LaTia Irvin, Bankruptcy Specialist                  Denise Carlon, Esq. (attorney for PNC Bank)
PNC Bank, N.A.                                       KML Law Group
PO Box 94982                                         701 Market St, Suite 5000
Cleveland OH 44101                                  Philadelphia PA 19106
and via electronic mail to:                         and via electronic mail to bkgroup@kmllawgroup.com
bankruptcy.administration.internal@pnc.com

I certify under the penalty of perjury that the foregoing is true and correct.


Executed on: August 3, 2026                         /s/ *Michael S. Lazaroff*_____
                                                    Michael S. Lazaroff, Esquire
                                                    PA ID No. 204494

                                                    Law Office of Michael S. Lazaroff
                                                    277 West Main Street, PO Box 216
                                                    Saxonburg, PA 16056-0216
                                                    724-352-4905
                                                    ButlerDebtLaw@zoominternet.net

                                                    Counsel for Debtor/Movant