FILED
9/17/26 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-20725-GLT |
| | : | Chapter: | 13 |
| Dale Wright, Sr. | : | | |
| | : | | |
| | : | Date: | 9/16/2026 |
| *Debtor(s).* | : | Time: | 01:30 |

## PROCEEDING MEMO

-

***MATTER:*** # 106 Objection to the Notice of Mortgage Payment Change Re: Claim Number 13.
# 110- Response filed by PNC Bank, NA

***APPEARANCES***:

Debtor: No appearance
Trustee: James Warmbrodt
PNC Bank: Matthew Fissel

[2:30, 4:26]
***NOTES:***

Court: Attorney Lazaroff was in the courtroom earlier.

Fissel: The interest compounds monthly. PNC is filing this themselves. That is for the next payment that becomes due.

Court: I reviewed the objection and response.

Fissel: Mr. Lazaroff and I exchanged emails earlier this week. I am hoping he will withdraw his objection, but I haven't heard from him.

***OUTCOME:***

1. For the reasons stated on the record at the September 16, 2026 hearing, the *Objection to the Notice of Mortgage Payment Change Re: Claim Number 13* [Dkt. No. 106] is **OVERRULED**. The Debtor is granted 14 days leave to request re-hearing. [Text Order]

**DATED:** 9/16/2026