**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor

Bankruptcy No.: 24-20725-GLT
Chapter 13

Dale Wright, Sr., Debtor

v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**DEBTOR'S DECLARATION REGARDING MORTGAGE PAYMENT CHANGE**

AND NOW, comes the Debtor/Movant Dale Wright, Sr., by and through his counsel Michael S. Lazaroff, Esquire, and respectfully represent as follows:

1. On September 1, 2026, Respondent PNC Bank filed a *Notice of Mortgage Payment Change* in the above captioned Chapter 13 case. This is for the mortgage at claim number 13.

2. Debtor and undersigned counsel hereby declare that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt because the mortgage payment is slightly decreasing and there is enough surplus on hand to cover the small variation in the payment amount due.

Respectfully submitted,

*/s/ Michael S. Lazaroff*_________

Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor