**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

Dale Wright, Sr., Debtor

Bankruptcy No.: 24-20725-GLT
Chapter 13

Dale Wright, Sr., Debtor

v.

PNC Bank, N.A. and
Ronda L. Winnecour, Chapter 13 Trustee, Respondents

**CERTIFICATE OF SERVICE**

I, Michael S. Lazaroff, Esquire, of 277 West Main Street, PO Box 216, Saxonburg, PA 16056

CERTIFY:

That I am at least 18 years of age;

That on the 30th day of September, 2026, I served a copy of the *Debtor's Declaration Regarding Mortgage Payment Change* filed in this proceeding on:

Office of the U.S. Trustee
via CM/ECF e-mail noticing

Ronda Winnecour, Esq.
Chapter 13 Trustee
via CM/ECF noticing

Stephani Schul (authorized agent/support specialist for PNC Bank)
via electronic mail to Bankruptcy.administration.internal@PNC.com

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2026

/s/ *Michael S. Lazaroff*________
Michael S. Lazaroff, Esquire
PA ID No. 204494

Law Office of Michael S. Lazaroff
277 West Main Street, PO Box 216
Saxonburg, PA 16056-0216
724-352-4905

ButlerDebtLaw@zoominternet.net

Counsel for Debtor/Movant