**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dale Wright, Sr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 24-20725 |

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.                    **Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account:    6  2  5  1

**Date of payment change:**
Must be at least 21 days after date of this notice            08 / 23 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*            $ 920.10

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____        New escrow payment:  $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %        New interest rate:  _____ %

   Current principal and interest payment: $ _____        New principal and interest payment:  $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☒ No
   ☐ Yes.
       **Current HELOC payment:**  $_____

       **Reconciliation amount:**  + $_____ or
                             - $_____

Debtor 1    Dale Wright, Sr._____ ✚    Case number (*if known*) __24-20725_____
            First Name    Middle Name    Last Name

Amount of next payment (including reconciliation amount)                    $_____

Amount of the new payment thereafter (without reconciliation amount)       $_____

## Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☐ No
    ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)

    Reason for change:  Daily Simple Interest Accrual for Billing Period

    Current mortgage payment: $ __878.77_____        New mortgage payment:  $ __920.10_____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

    ☒ I am the creditor.

    ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **/S/** LaTia Irvin_____        Date __07_/_30_/_2026__
    Signature

Print:    LaTia              Irvin_____        Title  Bankruptcy Specialist_____
          First Name    Middle Name    Last Name

Company   PNC Bank, N.A._____

Address   PO Box 94982_____
          Number        Street
          Cleveland              Ohio    44101
          City                   State   ZIP Code

Contact phone  (_855_) _245_-_3814_____      Email  bankruptcy.administration.internal@pnc.com_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| IN RE: Dale Wright, Sr. | Case No. 24-20725 |
| | Judge    Jud Gregory L Taddonio |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 07/30/2026 , a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Michael S. Lazaroff
Trustee: Ronda J. Winnecour
Office of the United States Trustee

Further, I certify that, on 07/30/2026 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Dale Wright, Sr.    70 Belgium Hollow Road
Mc Donald, PA 15057-2922

By: /s/ LaTia Irvin
LaTia Irvin
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814